

October 22, 2013

Honorable Judge Marilyn Go
United States District Court
225 Cadman Plaza East
Brooklyn, NY  11201
BY ECF

Re:  Diaz v. City of Nassau et al.  13CV2822 (FB)(MDG)

Your Honor-

I write to update the court on the status of this matter.  Opposing counsel, Nassau County Attorney Diane Petillo, joins in this letter.

The parties have exchanged interrogatories and document demands.  We will be exchanging responses to those demands within the next two weeks.  We have scheduled the defendant officer's deposition for November 21.  We anticipate the remaining witness depositions to be completed in December.  There are no discovery disputes at this time and the parties anticipate completing discovery by the current January 24 deadline.

The parties agree that settlement will not be possible until after the party depositions are complete.  With your Honor's permission, we would like to contact the court within 60 days to possibly schedule a settlement conference to assist the parties in reaching a resolution.

Please let me know if there is any additional information I can provide.

Sincerely Yours,

Nicole Bellina
718 852 3710

cc: Diane Petillo, Esq. (BY ECF)